# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:09-CR-0222-HDM |
| Plaintiff, | ORDER |
| vs. | |
| Anthony Swanson, | |
| Defendant. | |

Based on the pending application of the government, and good cause appearing,

**IT IS ORDERED** that the government shall have to and including sixty days from the date of this order within which to file its response to Swanson's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody.

DATED: This 3rd day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE