# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:09-CR-0222-HDM-PAL |
| Plaintiff, | ORDER |
| vs. | |
| Anthony Swanson, | |
| Defendant. | |

Based on the pending application of the government, and good cause appearing,

IT IS THEREFORE ORDERED that the attorney-client privilege in the above-captioned case is waived, and that Craig A. Mueller, Esq., Michael Morey, Esq., Terry Y. Jones, Esq., and Assistant Federal Defender William C. Carrico, shall forthwith, but not later than thirty days after the date of this Order, provide the government with affidavits containing all materials and information relating to matters put at issue in Swanson's 28 U.S.C.§ 2255 Motion..

DATED this 1st day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE